IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR206 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KATE D. CRUZ, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

This matter is before the Court on defendant, Kate D. Cruz's Motion to Continue Trial [87]. For the reasons set for the motion, the undersigned magistrate judge finds good cause to grant the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [87] is granted, as follows:

1. The jury trial, now set for October 1, 2024, is continued to **January 7, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 7, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice; or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: September 13, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge