IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KATE D. CRUZ,<br><br>    Defendant. | 8:23CR206<br><br>AMENDED<br>MEMORANDUM AND ORDER AS TO<br>RULE 17.1 CONFERENCE |

   This matter came before the Court on the Motion to Extend Pretrial Deadlines (Filing No. 89). After review of the motion, the Court finds good cause to grant the requested extensions.

   The trial date remains scheduled for January 7, 2025, and there will be no further continuances without first requesting a hearing before the undersigned magistrate judge.

   The extensions regarding various matters pertaining to trial are as follows.

1. As to Federal Rule of Evidence 404(b), the government shall provide notice by **December 17, 2024**.

2. As to expert disclosures, by **December 17, 2024,** the government shall make its case-in-chief expert disclosures under Federal Rule of Criminal Procedure 16(a)(1)(G). By **December 24, 2024**, the defendant shall make its case-in-chief expert disclosures under Rule 16(b)(1)(C). By **December 31, 2024**, the government shall make its rebuttal expert disclosures under Rule 16(a)(1)(G).

3. As to trial stipulations, the parties shall reach an agreement in writing by **December 24, 2024**, which shall be provided to the Court. The stipulations shall cover the Type and Schedule of any controlled substance, chain of custody, quantity, and purity as to any seized controlled substances identified through laboratory analysis it intends to

introduce at trial; Spanish language translations of seized communications; and any further stipulations in order to promote and fair and expeditious trial.

4. As to trial witnesses, by **December 24, 2024**, the parties shall reach an agreement regarding the government utilizing a single agent to testify to the narcotics seized and submitted into evidence by investigators, and offering any additional evidentiary items seized by law enforcement from searches of a locations through a single agent with respect to that event.

5. The Government anticipates 2 trial days for its case in chief, and the parties agreed that the trial would take no longer than 4 total trial days.

IT IS SO ORDERED:

Dated this 18th day of September, 2024.

BY THE COURT:

s/ MICHAEL D. NELSON
United States Magistrate Judge