IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>KATE D. CRUZ,<br><br>                  Defendant. | 8:23-CR-206<br><br>**ORDER OF DISMISSAL** |

       This matter is before the Court on the Government's Motion to Dismiss the Indictment, Superseding Indictment, and 2nd Superseding Indictment, without prejudice, against defendant Kate D. Cruz. Filing 107. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. the Government's Motion to Dismiss, Filing 107, is granted; and

2. The Indictment, Superseding Indictment, and Second Superseding Indictment are dismissed without prejudice as to defendant Kate D. Cruz.

Dated this 23rd day of January, 2025.

                                                          BY THE COURT:

                                                          Brian C. Buescher
                                                          United States District Judge